# Court of Appeals
# of the State of Georgia

ATLANTA,  September 19, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0027.  JIMMY BRIDGES v. THE STATE.**

Jimmy Bridges was charged with two counts of armed robbery, three counts of aggravated assault, one count of burglary, and one count of possession of a firearm or knife during the commission of a felony arising from his participation in a violent home invasion.  We affirmed his convictions in an unpublished opinion.  See *Bridges v. State*, Case  No. A18A0413 (decided June 20, 2018).  Bridges subsequently filed a motion to modify his sentence.  The trial court denied the motion on September 20, 2018, and Bridges filed a notice of appeal on December 19, 2018.[1]  We lack jurisdiction because the appeal was not timely filed.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Bridges filed his notice of appeal 90 days after entry of the trial court's order, his appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Bridges directed his appeal to the Supreme Court, which transferred the case to us.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/19/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*